IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KARL WICHELMAN, et al.,

      Plaintiffs,                     No. CIV S-10-2125 KJM DAD PS

      vs.

SANTA CLARA COUNTY CALIFORNIA, et al.,      ORDER

      Defendants.
_____/

      Plaintiffs, who are proceeding pro se in this action, have filed a document with the court titled "Plaintiff's [sic] Notification of Object [sic] to Order of Reassignment of Removal form [sic] the Eastern District (Sacramento) to the Northern District (San Jose); Request for Extension of Time to Make Formal Objections." The court has not issued an order reassigning or removing this action to another district. In the interests of justice, the court will grant plaintiffs' request for an extension of time to file their objections.

      Accordingly, IT IS HEREBY ORDERED that:

      1. Plaintiffs' May 24, 2011 motion for extension of time to file objections (Doc. No. 7) is granted; and

/////

/////

1

2. Plaintiffs' objections to the findings and recommendations filed by the undersigned on May 10, 2011 (Doc. No. 6) shall be filed within 30 days from the date this order is signed; no further extension of time will be granted for this purpose.

DATED: June 1, 2011.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:kw
Ddad1\orders.pro se\wichelman2125.ord.eot.objs